IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERA DAVIS-CLEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-215-E-BN |
| | § | |
| UNITED STATES OF AMERICA and | § | |
| DEPARTMENT OF VETERANS | § | |
| AFFAIRS, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should grant Defendants' Motion to Dismiss [Dkt. No. 37] and dismiss this lawsuit for lack of subject matter jurisdiction. *See* Dkt. No. 72.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 72].

SO ORDERED this 17th day of July, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE