IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VERA DAVIS-CLEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-00215-E-BN |
| | § | |
| UNITED STATES OF AMERICA and DEPARTMENT OF VETERANS AFFAIRS, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court deny Plaintiff Vera Davis-Clewis's Motion to Alter Judgment [Dkt. No. 75]. *See* Dkt. No. 78.

Objections were filed. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 78].

SO ORDERED this 16th day of October, 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE